

December 19, 2024

**VIA ECF**
U.S. Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103-1518
415-355-8000

        Re:    Patacsil, et al. v. Google LLC, et al.,
                 Case No. 24-3387

Dear Sir/Madam:

      This letter responds to correspondence that Plaintiffs-Appellees received from the Court regarding Plaintiffs-Appellees' Answering Brief (9th Cir. Dkt. No. 24). The Court noted that Plaintiffs-Appellees' Answering Brief appeared not to be filed on behalf individuals Mark Carson, Najat Oshana, Richard Dixon, and Aichi Ali, who each currently appear as "Plaintiff-Appellees" on the appellate docket. The Court inquired whether counsel intended to file the Answering Brief on behalf of these additional individuals. As explained below, counsel did ***not*** submit the Answering Brief on their behalf.

      Counsel filed the Answering Brief on behalf of the Class and Class Representatives. The Class Representatives are Napoleon Patacsil, Michael Childs, and Noe Gamboa only. Mark Carson, Richard Dixon, and Aichi Ali were not included in the operative Amended Complaint (5-SER-1160; D. Ct. Dkt. No. 164-1 at ¶¶ 11-30), and Najat Oshana was dismissed via stipulation (D. Ct. Dkt. No. 172). Accordingly, none of those persons are individual litigants and, to the extent the district court docket suggests as much, it is incorrect.

U.S. Court of Appeals for the Ninth Circuit
December 19, 2024
Page 2

    We hope that this correspondence adequately responds to the Court's inquiry, and that the Court will accept the Answering Brief for filing. Should the Court require any additional information, please do not hesitate to contact the undersigned.

Sincerely,
AHDOOT & WOLFSON, PC

By: Theodore Maya